William E. Davis Jr
P.O. Box 261405
Hartford, Ct 06126

Office of the Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, Ct. 06604
Case # 3:01 CV 02262

Jan. 22, 04

Request and Motion for Expeditious Decision on my Summons served over 60 Days ago Vs Wal-Mart, Also the State of Connecticut Unemployment Act. As of this date have yet to hear a Response by either party on My Wrongful Termination Matter. On Jan 5, 2004 a Stipulation was signed by my self in regards to my initial injury of June 23, 1999, an attempt was made to include my wrongful Termination at this time, this was crossed of and initialed by my self as not inclusive because this matter was now in the Federal Court. This was witnessed by Commissioner Delaney and I was promised a Copy which has yet to be received. I, am Seeking over $5,000.00 from the Dept of Labor Unemployment Division, over $55,000.00 loss of Income and Employment from Wal-Mart (Workers Compensation Act. Debts Incurred by Job loss over $3,200 Middlesex Federal Credit Union Auto Repossession, $1150.00 Sears Debt. over $1,000.00 Tax interest rising daily on Auto Vehicle $2,100.00 loan to pay off lien on Residence, over $5,000.00 Dental for my self loss of Teeth caused by loss of Coverage and Care by Job loss. Over $3,000.00 For Daughter Ambers Teeth, My wife and Two Sons as yet to be determined These debts have Ruined Credit Rating, hindering Job Search. Punitive Damages Sought also on both Courts. Expeditious Decision please

Thank You   William E. Davis Jr.

Certification

Mailed by   Regular Mail

Wal-Mart Stores Inc
C/o Claims Management Inc
P.O. Box 1288
Bentonville Ar. 72712

State of Connecticut Dept of Employment Security
Appeals Division
3580 Main St. 2nd Floor
Htfd, Ct.

Workers Compensation Commission
21 Oak St 4th floor
Htfd, Ct 06106