UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. DAVIS, JR. : | |
| : | |
| v. : | Civil Action No. |
| : | 3:01cv2262 (SRU) |
| WAL-MART STORES, INC., ET AL. : | |

**RULING ON MOTION TO REOPEN**

On August 1, 2003 (**doc. #26**) and again on January 23, 2004 (**doc. #30**), plaintiff, William E. Davis ("Davis"), filed motions to reopen his case. Davis' case was previously dismissed without prejudice on March 18, 2003 because of Davis' failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Davis was instructed in the July 24, 2003 notice to him (**doc. #20**) that, if he wanted to re-open his case against the Worker's Compensation Commission or the Unemployment Compensation Act Administration, he could do so only by: (1) filing a motion requesting the court to reopen his case; and (2) providing the court with original affidavits demonstrating proof of service on the defendants.

As was true in July 2003, Davis has not provided this court with original affidavits demonstrating proof of service (e.g., a sworn statement that the defendants were properly served with the plaintiff's summons, complaint and motion to reopen his case). Although Davis has noted that he has signed a stipulation "in regards to his initial injury" and such stipulation was witnessed by a "Commissioner Delaney" (**doc. #30**), these additional steps do not comply with the requirements set forth in the July 24, 2003 notice. Accordingly, the motions to reopen are denied.

It is so ordered.

Dated at Bridgeport this 22nd day of March 2004.

                                                /s/ Stefan R. Underhill
                                                Stefan R. Underhill
                                                United States District Judge