# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 AUG -1 P 2:49

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

William E. Davis Jr.,
_____
Plaintiff(s),

v.                                         Case No. 3:01 CV 02262

Wal-Mart Stores Inc.
_____
Defendant(s).
Workers Compensation Commission
Unemployment Compensation Act Administration

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:
(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

FILED
2004 APR 189 A 24
U.S. DISTRICT
BRIDGEPORT

William E. Davis Jr.
_____
Original Signature

William E. Davis Jr.
_____
Name (print or type)
P.O Box 261405
_____
Street Address
Htfd, Ct                     06126
_____
City        State       Zip Code
(860) 527-3503 (Restricted to Local Calls only)
_____
Telephone Number

Denied as moot. So ordered. Hon. A. 4/19/04

Revised 6/12/02