William E. Davis Jr.
P.O. Box 261405
Hartford, Ct. 06126

Apr 9, 04

United States District Court of Appeals
40 Foley Sq Rm 1804
Office of the Clerk
New York, N.Y 10007

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
4/14/2004
Kevin F. Rowe, Clerk
by C. Wassen
Deputy Clerk

Case # 3:01 CV 02262 SRU

This is my Request for an Appeal of Decision received by myself dated Mar 22, 2004 of Notification of denial to reopen my case of Wrongful Termination by Wal-mart Inc. under Deprivation of my Rights under Color of Connecticut State Law. This Document #20 was first of all never received by myself, what I received was a letter with on the inside contained only my name, address and Case #. On Jan 10, 2003 court proceedings, I was notified of original Closing of my case I should include The Connecticut Dept of Labor Employment Security Div. and Workers Compensation Commission into my law suit against Wal-mart this was done I acquired two Copies of Summonses that very day from the Court and forwarded them to the U.S. District in Bridgeport to Judge Underhill's clerk's attention this done on Jan 14, 2003. These documents were undated as I was advised they would date them and return them to me, they were never returned. All mail correspondence become non existent after I mailed these along with my notification of Change of Address, which I occurred when my Mother died, her funeral held a day before Jan 10th court appearance. I then refiled my Summonses with the Court because I had not received a response from the first Summonses. This done with a Request for Informa Pauperis for Court Appointed Attorney my Third such Request, included was a Notarized Financial Statement. One Summons was returned, the one for the Workers Compensation Commission, this was served by myself →

Addendum (pg. 3)

This is the second such attempt at closure of my case. When I first opened this case in late 2001, I, requested a waiver of the $150.00$ One Hundred and Fifty Dollar fee due to financial hardship. Also, as the fact the $150.00 fee was to be used for Christmas gifts for my children, and I requested it not be frivolously wasted. Well this is the second time, Judge Underhill has attempted the loss of this fee, each time after making known my financial demands to Wal-Mart's Attorneys. After numerous attempts, finally in December at my request after mentioning that my initial claim for injury by the Workers-Compensation Commission, had yet to be settled, a Dec 29, 2003 informal hearing was set, at which time Atty Anita Varunes and Commissioner Stephen Delaney attempted to slip a statement into the proceedings including the Wrongful Termination which was a separate matter as to which the Workers Comp. Commission had split these matter themselves. Now tried to make them one and the same. I, notified them at that hearing that we were only there for the initial Injury claim only (31-290 B) and that the other matter was before the United States District Court. This part of the stipulation was then crossed out and initialed by myself as non-inclusive and I, was promised by Commissioner Delaney that I would receive a copy. I, am still waiting for that copy with the Workers Camp. Commission Letterhead on it as promised. Instead Now Judge Underhill attempts to close the case by this method to attempt closing would should not be closed. Maybe Higher Court can correct this Prejudice

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/31/03 |
| NAME OF SERVER (PRINT)<br>William E Davis Jr | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 21 Oak St 4th Floor Office of the Chairman Hartford, Ct. 06106

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/31/03          William E. Davis Jr
              Date              Signature of Server

P.O. Box 261405  Hartford, Ct 06126
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: William E. Davis Jr. v.s. Wal-Mart Stores Inc. ET AL

FOR: United States District Court
AT: 915 Lafayette Blvd Bridgeport, Ct 06604

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): ▶ William E. Davis Jr.

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: ▶ 3:01 CV 02262
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 6/02
- How much did you earn per month? $1600
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $ _____
- SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: _____
- DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☐ MARRIED
  - ☐ WIDOWED
  - ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| | Middlesex Federal Credit Union | $3,203 | $0 |
| | Sears | $1,501 | $0 |
| | City of Middletown Taxes | $580 | $0 |
| | Middlesex Hospital | $70 | $0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): William E. Davis Jr.  7/29/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ William E. Davis Jr.

Subscribed and Sworn to before me this 29 day of July, 2003

_____ NOTARY PUBLIC
MY COMMISSION EXPIRES _____

Subscribed and Sworn to before me this ___ day of ___, ___
My Commission Exp. Mar. 31, 2008

**UNITED STATES COURT OF APPEALS**
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE - ROOM 1803
NEW YORK, N.Y. 10007

ROSEANN B. MACKECHNIE
CLERK OF COURT

United States District Court: CONN
Attn.: Appellate Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103

April 26, 2004

Re:   **Davis v. Wal-Mart Stores**
Dkt. No.: 01-cv-2262 -SRU

Dear Appellate Clerk:

The enclosed Notice of Appeal was received on April 14, 2004, was mistakenly sent to the Court of Appeals.

In accordance with **Rule 4(d) of the Federal Rules of Appellate Procedure,** I have noted thereon the date it was received, and transmit it to you for filing. In the event that this notice of appeal was also filed directly with you, it need not be filed again.

Roseann B. MacKechnie,
Clerk of Court

By: /s/ Helena M. Harris
Helena M.. Harris
Intake/Records Manager

cc: William E. Davis, Jr.