William E. Davis Jr.
P.O. Box 261405
Hartford, Ct. 06126

Office of The Clerk
United States District Court
450 Main St. Attn: Appelate Clerk
Hartford, Ct. 06103

5/27/04

Docket # 01-CV-2262

RECEIVED SRU
JUN -1 2004
U.S. DISTRICT COURT
HARTFORD, CONN.

Dear Appellate Clerk,

The enclosed affadavits are being sent to you by myself they were sent to the United States Court (Thurgood Marshall State Courthouse by myself mistakenly by myself. After receiving a document from Judge Underhills Office on Apr. 29 this was in reply to my sending two summonses to the courthouse with a Request In Forma Pauparis for serving said summonses you will note the date first filed by the court, this is my first time knowing of this denial, because of this fact I served summons again on the Conn State Labor Dept. Office of Appeals Div on 3550 Main St, Hartford, Ct. I, just became aware it was not allowed previously. You will notice in Copy sent by myself with this document of the Judges decision written on the upper left hand side border by the Judge. This to me verifies the lack of communication between us of any dialogue after my notification of Change of address to my P.O. Box # This Change has been brought about by my wrongful Termination and wrongful denial of full benefits by the Unemployment office because of their decision. I, have been Employed by Wal-Mart Competitors since but they are all out of business due to Bankruptcy, Ergo my Unemployed position. Favorable decision upon appeal would hopefully rectify this.

Thank you   William E. Davis Jr.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5/3/04 |
| NAME OF SERVER (PRINT)<br>William E. Davis Jr | TITLE |

FILED
2004 JUN -3 P 12: 49
U.S. DISTRICT COURT
BRIDGEPORT CONN

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3580 Main St 2nd Floor, Appeals Div
  Security Appeals Div   Hartford, Ct.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/3/04     William E. Davis Jr
             Date        Signature of Server

P.O Box 261405 Hartford, Ct. 06126
Address of Server

This is Third Attempt of Service of Summons Seeking Return of over $5,300 Loss of Unemployment Benefits unfairly withheld and contributing to Loss of My Motor Vehicle (Repossessed) and other debts incurred, damaging my Credit Rating. Seeking Damages and Punitive Damages.

CHERYL B. MELKONIAN
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2008

Subscribed and sworn to before me, a Notary Public, in and for County of Middlesex and State of Connecticut, this ___ day of May, 2004
_____
Notary Public

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10/31/03 |
| NAME OF SERVER (PRINT) William E Davis Jr | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 21 Oak St 4th floor. Office of the Chairman Hartford, Ct. 06106

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/31/03
            Date

William E. Davis Jr
Signature of Server

P.O. Box 261405  Hartford, Ct 06126
Address of Server

Subscribed and sworn to before me, a Notary Public, in and for County of Middlesex and State of Connecticut, this  3  day of May, 2004

Cheryl B Melkonian
Notary Public

**CHERYL B. MELKONIAN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 AUG -1 P 2:49

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

William E. Davis Jr.
_____
Plaintiff(s),

v.

Case No. 3:01 CV 02262

Wal-Mart Stores Inc.
_____
Defendant(s).

Workers Compensation Commission
Unemployment Compensation Act Administration

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:
(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

FILED
2004 APR 29 A
U.S. DISTRICT
BRIDGEPORT, CT

William F. Davis Jr
_____
Original Signature

William F. Davis Jr
_____
Name (print or type)

P.O Box 261405
_____
Street Address

Hfd, Ct    06126
_____
City    State    Zip Code

(860) 527-3503 (Restricted to Local Calls only)
_____
Telephone Number

Received by mail
by me Thurs. Apr 29
Appox: 10:30 AM

Denied as moot, so ordered
Stefan R. Underhill July 4/1/04
01cv2262(cliffrd)

Revised 6/12/02