**U.S. DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM E. DAVIS, JR. | : | CIVIL ACTION NO: |
| *Plaintiff* | : | 3:01-CV-02262-SRU |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., ET AL. | : | JUNE 24, 2004 |
| *Defendants* | | |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

Please enter my appearance as counsel for the defendants Connecticut Worker's Compensation Commission, and Employment Security Appeals Division (designated on Civil Docket Sheet as Administrator, Unemployment Compensation Act).

Dated at Hartford on this 24th day of June, 2004.

DEFENDANTS
CONNECTICUT WORKER'S
COMPENSATION COMMISSION AND
EMPLOYMENT SECURITY APPEALS
DIVISION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General

BY: _____
Laurie Adler
Assistant Attorney General
Juris No.  ct 08679
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5050
Fax:  (860) 808-5388
Laurie.Adler@po.state.ct.us

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first-class, postage prepaid on this 24th day of June 2004, to the following:

William E. Davis, Jr.
P.O. Box 261405
Hartford, CT 06126

Anita M. Varunes
Nicholas C. Varunes
Kenny & Brimmer
5 Grand Street
Hartford, CT 06106

_____
Laurie Adler
Assistant Attorney General

2