**MANDATE**

D.Conn.
01-CV-2262
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 7th day of June, two thousand and five,

Present:
  Hon. Roger J. Miner,
  Hon. Rosemary S. Pooler,
    *Circuit Judges,**

*[FILED JUN 7 - 2005, Roseann B. MacKechnie, SECOND CIRCUIT stamp]*

William E. Davis, Jr.,

    Plaintiff-Appellant,

v.                    04-2868-cv

Wal-Mart Stores, Inc., et al.,

    Defendants-Appellees.

Appellant, pro se, moves for in forma pauperis status. Upon due consideration, it is ORDERED that the motion is denied, and the appeal is dismissed because it lacks an arguable basis in fact or law. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e); see also Fed.R. Civ. P. 4(c)(2). Plaintiff moves separately for "speedy and expeditious trial by jury". That motion is denied as moot.

However, the Appellant is advised that counsel for the Commission and Administrator filed a notice of appearance on July 2, 2004, and he may wish to inquire of counsel whether those defendants will concede service or waive further efforts to serve.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _Richard Alcantara_
Richard Alcantara, Deputy Clerk

*The Honorable Frederic Block of the United States District Court for the Eastern District of New York, was originally assigned as a member of the panel, but recused himself prior to submission of the motion to the panel. The motion is being determined by the remaining members of the panel, who are in agreement. See 2d Cir. R. § 0.14(b); Murray v. National Broad. Co., 35 F.3d 45, 46 (2d Cir. 1994).

SAO-LFR  JUN 7 2005    - ISSUED AS MANDATE: 8/4/05